

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name: *Manhattan / Vaughn, JVP v. Josefina Garcia, Individually and as Heir to the Estate of Angel Garcia (deceased); and Orbelinda Herrera, as next friend of A. G. and B. G. (minors)*

Appellate case number: 01-16-00443-CV

Trial court case number: 2013-76550

Trial court: 80th District Court of Harris County

Counsel for the appellees previously informed the court that the parties had reached an agreement to settle this case. In light of the additional steps required to effectuate a settlement agreement involving minor children, the parties now have filed a joint motion to abate the appeal for 30 days.

We **grant** the parties' motion. For administrative purposes only, and without surrendering jurisdiction, the appeal is **abated for 30 days**, will be treated as a closed case, and is removed from the Court's active docket. The appeal may be reinstated upon motion of any party.

The **case is remanded** to the trial court for entry of such orders as are necessary to effectuate the settlement.

No later than **30 days from the date of this order**, the parties must inform the Court whether the settlement agreement has been finalized.

If the parties fail provide such notification or an unopposed or joint motion for further abatement, the Court will lift the abatement, reinstate the case, and proceed with disposition of the appeal.

If the parties finalize the settlement agreement, a motion to dismiss that complies with Texas Rule of Appellate Procedure 42.1 must be filed in this Court no later than **45 days from the date of this order**

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
☐ Acting individually   ☑ Acting for the Court

Panel consists of Justices Higley, Massengale, and Lloyd

Date: June 7, 2018